To: Federal Court of claim's

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 13 2023
CLERK, U.S. DISTRICT COURT
By_MW_ Deputy

Motion to Achieve Financial Support

This is Noticeabling Embarrising, even to ask the Court for favor, after Identity theft is Used, and filed document's. There was Terry Means Judge.

This Amount I took at court was $10.00, with helping the small library being built and Assistence from Proper Education! I have not learned legal. Solely asking for counsel to Assist with legal from Dodge Motors, They used my Identity for A Car, Also I think General Motor's Corporation did Also. I Seen used for Investor's without Compensation to used Person's. I underwent the Judicial System, and Hoping for legal Assistance!

I loaned $1,000 or more last visit at the Court!

I was used while working at Pacesetter's before they moved from Meadowbrook. I asked for my W-2 forms so that I could achieve educational funding. The Company from Houston had not sent my W-2's. Harris County? There was a Conoco built and have trouble obtaining my I.D. from Eastchase Pkwy!

As a resident struggling, what should I do until Court delivers financial relief. My fenty, watches, and phone minute's were stolen by Law Even's! With TRE not being fair!

Asking for Special Orders of the Court? Due to ECC?

"Motion to Achieve Financial Support"

Federal Court of Claims

1.) 4-23CV-712-O

Andrew Hill vs. Dodge Motor's

Filed An Identity theft was used to sell Auto's, without Havels Compensation and had Previously asked Court About CASE Andrew Hill vs. Dodge Auto's, Especially while Saints on the Lancaster Area with filings as a Non Profit NEWT 80-0855591 and obtaining Ministry Licence from Calvary Church to seen the Saint Andrew's on Southside Near Tanel street, but Not to the Saint Andrew's Near Federal Court House. I stayed Around Lansing Michigan but went through Problem's while trying to Educate myself! I was used from the Radio there during the Election Periods!



Andrew Hill # 2150312
100 N. Lamar
Fort Worth Texas
76102

Federal Court of Claims
501 - 10th Street
Fort worth Texas
76103

NORTH TEXAS TX P&DC
DALLAS TX 750
10 JUL 2023 PM 7 L

JUL 13 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

76102-3537

USA FOREVER