# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **ANDREW HILL,** | § § § | |
| **Plaintiff,** | § § | |
| **V.** | § § | NO. 4:23-CV-712-O |
| **UNKNOWN DEFENDANT,** | § § § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the complaint filed by Plaintiff, Andrew Hill, in this action is **DISMISSED and STRICKEN** from the record.

**SO ORDERED** this **24th day** of **July, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1